GAS 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Statesboro Division

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For Revocation of Probation or Supervised Release) |
| Andre Terrell Ellison | ) | |
| | ) | Case Number:    6:10CR00020-1 |
| | ) | USM Number:    16627-021 |
| | ) | I. Cain Smith |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state, or local crime (mandatory condition). | November 30, 2019 |
| | See page two for additional violations | |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec:  0586

Defendant's Year of Birth:  1983

City and State of Defendant's Residence:

Statesboro, Georgia

November 16, 2020
Date of Imposition of Judgment

/s/ Signature of Judge

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

November 16, 2020
Date

GAS 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 2 of 3

DEFENDANT: Andre Terrell Ellison
CASE NUMBER: 6:10CR00020-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to notify the probation office within seventy-two hours of being arrested or or questioned by law enforcement (standard condition). | November 30, 2019 |
| 3 | The defendant left the judicial district without permission from the Court or probation officer (standard condition). | January 2, 2020 |
| 4 | The defendant left the judicial district without permission from the Court or probation officer (standard condition). | April 6, 2020 |
| 5 | The defendant failed to abide by the rules and regulations of a drug treatment program as directed (special condition). | December 23, 2019 |
| 6 | The defendant failed to abide by the rules and regulations of a drug treatment program as directed (special condition). | April 6, 2020 |

GAS 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations

| | | Judgment— Page 3 of 3 |
|---|---|---|
| DEFENDANT: | Andre Terrell Ellison | |
| CASE NUMBER: | 6:10CR00020-1 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     4 months with no supervision to follow.

☐    The Court makes the following recommendations to the Bureau of Prisons:

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

      ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

      ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐   before 2 p.m. on _____ .

      ☐   as notified by the United States Marshal.

      ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL